

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00502-CV

**IN RE STALLION OILFIELD SERVICES, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

On July 21, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and the response filed on behalf of the real party in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 25th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-11-52737-CV, styled *Jose Perez v. Stallion Oilfield Services Ltd. and Stallion Oilfield Services in its Common or Assumed Name*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.